UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re: | DARRELL S. MORRIS, | : | Chapter 7 |
| | Debtor | : | Case No. 17-12090 |

### TRUSTEE'S MOTION TO DISMISS

Pursuant to §707(a)(1) of the Bankruptcy Code (11 U.S.C. §101 et seq.) ("Code"), Joseph M. DiOrio, Chapter 7 trustee ("Trustee") of the above-captioned case, hereby moves that the Chapter 7 petition filed by the above-named debtor be dismissed, and in support thereof states as follows:

1.     The Debtor filed a voluntary petition for relief under Chapter 7 on December 6, 2017.  Thereafter, this Court notified the Debtor, his attorney and other parties in interest of a meeting of creditors to be convened under Code § 341 ("341 Meeting"), scheduled for January 2, 2018.

2.     At the request of Debtor's counsel, the Trustee continued the 341 Meeting on January 2, 2018  to February 8, 2018.

3.     On February 8, 2018 at the initial 341 Meeting the Debtor failed to present social security documentation to the Trustee. The 341 Meeting was continued to March 15, 2018.

4.     Debtor's Counsel informed the Trustee prior to the 341 Meeting scheduled on March 15, 2018, that the Debtor still could not provide his social security documentation. The 341 Meeting is now continued to April 12, 2018.

5.     The Trustee has provided the United States Trustee's Office with Notice of Debtor Identity Problem.

6.      Debtor's failure to provide evidence of his social security number at his Code

§341 meeting of creditors is a violation of Code §521 (h). The Debtor's social security number

listed on his bankruptcy petition cannot be confirmed.

WHEREFORE the Trustee requests that this case be dismissed.

Respectfully submitted:
Joseph M. DiOrio, Chapter 7 Trustee

/s/ Joseph M. DiOrio
JOSEPH M. DIORIO (#2616)
Law Offices of Joseph M. DiOrio
144 Westminster Street, Suite 302
Providence, RI   02903
(401) 632-0911/ Fax: (401) 632-0751

Dated: March 19, 2018

## NOTICE

WITHIN FOURTEEN (14) DAYS AFTER SERVICE, IF SERVED ELECTRONICALLY, AS EVIDENCED BY THE CERTIFICATION, AND AN ADDITIONAL THREE (3) DAYS PURSUANT TO FED. R. BANK. P. 9006(F) IF SERVED BY MAIL OR OTHER EXCEPTED MEANS SPECIFIED, ANY PARTY AGAINST WHOM SUCH PAPER HAS BEEN SERVED, OR ANY OTHER PARTY WHO OBJECTS TO THE RELIEF SOUGHT, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO SAID PAPER WITH THE BANKRUPTCY COURT CLERK'S OFFICE, 380 WESTMINSTER STREET, 6TH FLOOR, PROVIDENCE, RI 02903, (401) 626-3100. IF NO OBJECTION OR OTHER RESPONSE IS TIMELY FILED, THE PAPER WILL BE DEEMED UNOPPOSED AND WILL BE GRANTED UNLESS: (1) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (2) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (3) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE.

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2018, I electronically filed the within status report with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. Participants have received notice electronically.  I further certify that I have mailed by United States Postal Service, postage pre-paid, the document to the following non CM/ECF participants on March 19, 2018:
Darrell S. Morris
PO Box 328
Chepachet, RI 02814

/s/ Amanda M Perry